IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:17CR3032 |
| vs. | |
| D'NE ROSE BRODIGAN, | DETENTION ORDER |
| Defendant. | |

Defendant was afforded an opportunity for a detention hearing, but waived that right. Defendant, who is currently in state custody, is subject to detention under the Bail Reform Act of 1984, 18 U.S.C. § 3141 et.seq.

Accordingly,

IT IS ORDERED:

1) Defendant shall be returned to state custody for confinement on state charges. The state charges are unrelated to the federal charges herein, and the time defendant spends in state custody shall not be considered as confinement credited toward any sentence the defendant may receive in this case.

2) Upon release from state custody, the U.S. Marshal is commanded to take custody of the above-named defendant for further proceedings in this court.

April 27, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge