IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:17CR3032 |
| vs. | |
| D'NE ROSE BRODIGAN, | ORDER |
| Defendant. | |

IT IS ORDERED:

1) Defendant's motion to continue, (Filing No. 38), is granted.

2) The hearing on Defendant's motion for release, (Filing No. 34), will be held before the undersigned magistrate judge on August 24, 2017 at 10:30 a.m. in Courtroom #2, United States Courthouse, Lincoln, Nebraska.

3) The evidentiary hearing on Defendant's motion to suppress, (Filing No. 21), will be held before the undersigned magistrate judge on September 15, 2017 at 2:00 p.m. in Courtroom #2, United States Courthouse, Lincoln, Nebraska. Two hours have been set aside for this hearing.

August 18, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge